

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:          01-18-00406-CV

Trial Court Cause
Number:                2018-10787

Style:                 San Jacinto River Authority

                       **v** Charles J. Argento, et al.

Date motion filed*:    December 19, 2018

Type of motion:        motion for extension of time

Party filing motion:   appellant

Document to be filed:  motion for rehearing and en banc reconsideration

Is appeal accelerated? ☒ Yes    ☐ No

If motion to extend time:

      Original due date:                    December 19, 2018

      Number of previous extensions granted: 0

      Date Requested:                       30 days

Ordered that motion is:

    ☒  Granted

        If document is to be filed, document due: **January 18, 2019**

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☒ The Court will not grant additional motions to extend time.

    ☐  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other: _____

Judge's signature: */s/ Michael Massengale*
        ☐ Acting individually    ☒ Acting for the Court

Panel consists of:   Justices Jennings, Higley, and Massengale

Date: December 20, 2018